GEORGE A. CROFUTT, RESPONDENT, *v.* ARMSTEAD C. HENRY, APPELLANT.

APPEAL from an order made at the Special Term denying a motion to set aside an inquest.

The General Term was of the opinion that the papers read on the hearing failed to disclose any defense to the action, and affirmed the order.

*Wm. A. Boyd*, for the appellant.

*Samuel H. Randall*, for the respondent.

Opinion by DANIELS, J.

DAVIS, P. J., concurred.

Order affirmed, with ten dollars costs besides disbursements.